IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,            :

        Plaintiff,            :

        vs.            :    Case No. 3:20cr30 (1 & 2)

ERIC DILLARD & DANNY BALL,            :    JUDGE WALTER H. RICE

        Defendant.            :

---

PRELIMINARY PRETRIAL ORDER; NEW TRIAL DATE AND OTHER DATES SET

---

| | |
|---|---|
| Date of Scheduling Conference | 3/27/2020 |
| Jury Trial Date | 5/18/2020 |
| Final Pretrial Conference (by telephone) | Tuesday, 5/11/2020 at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 4/20/2020 |
|    Other Motions | 4/27/2020 |
| Discovery Cut-off | 5/4/2020 |
| Speedy Trial Deadline | 5/19/2020 |
| Discovery out – Plaintiff to Defendant | Jim Fleisher – out; Andy Pratt – by close of business 4/1/2020 |

/s/ Walter H. Rice (tp - per Judge Rice authorization)

April 3, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE